TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JAMES EDWARD BATES, and ROBERT EASTLEY<br><br>Defendants | Case No.: 2:24-cr-00257-CDS-MDC-1<br><br>**FINDINGS OF FACT, CONCLUSION OF LAW, AND ORDER**<br><br>[ECF No. 33] |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

1. The government needs additional time to produce discovery and the defense needs additional time to review discovery, investigate, and explore potential negotiations.

2. Denial of this request for continuance could result in a miscarriage of justice.

3. This is the second request for an extension of the trial and pretrial motion deadline.

**ORDER**

**IT IS THEREFORE ORDERED** that the parties herein have to and including August 18, 2025, to file any and all **pretrial motions** and notices of defense.

**IT IS THEREFORE ORDERED** by and between the parties, that they have to and including September 1, 2025, to file any and all **responsive pleadings**.

**IT IS THEREFORE ORDERED** by and between the parties, that they have to and including September 8, 2025, to file any and all **reply pleadings**.

Dated: July 21, 2025

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274