**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES EDWARD BATES, and ROBERT EASTLEY,<br><br>Defendants. | Case No. 2:24-cr-00257-CDS-MDC<br><br>**ORDER TO PRODUCE JAMES EDWARD BATES # 47267509** |

TO: WARDEN, NEVADA SOUTHERN DETENTION CENTER, PAHRUMP, NV

The Court finds that James Edward Bates # 47267509 is presently in the custody of the Nevada Southern Detention Center, located at 2190 East Mesquite Ave, Pahrump, NV 89060.

**IT IS ORDERED** that the Warden of Nevada Southern Detention Center, or his designee, shall transport and produce James Edward Bates # 47267509 to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in the LV Courtroom 3D, Las Vegas, Nevada on May 13, 2026 at 1:00 p.m. to attend a hearing in this case. Plaintiff will not be released and shall thereafter be returned to the custody of the Warden, Nevada Southern Detention Center.

DATED: April 16, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal

may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).