RECEIVED
SERVED IN
COUNSEL/PARTIES OF RECORD

MAY 19 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-00257-CDS-MDC |
| Plaintiff, | |
| vs. | **ORDER APPOINTING COUNSEL** |
| JAMES EDWARD BATES, | |
| Defendant. | |

IT IS HEREBY ORDERED that JESS MARCHESE, Esq. is APPOINTED as substitute counsel for JAMES EDWARD BATES in place of LUCAS GAFFNEY for all future proceedings.

IT IS FURTHER ORDERED that an attorney appointed under the Criminal Justice Act will be required to apply under Fed. R. Crim. P. 17(b) for the issuance of subpoenas, whether for service within or outside of the District of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

DATED this 19th day of May 2026.
*Nunc Pro Tunc*: May 18, 2026

_____
MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE