**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

United States of America,

Plaintiff

v.

James Edwards Bates,

Defendant

Case No.: 2:24-cr-00257-CDS-MDC

**Order Appointing Counsel**

IT IS HEREBY ORDERED that RICHARD POCKER, Esq. is APPOINTED as substitute counsel for JAMES EDWARDS BATES in place of Jess Marchese, Esq. for all future proceedings.

IT IS FURTHER ORDERED that an attorney appointed under the Criminal Justice Act will be required to apply under Fed. R. Crim. P. 17(b) for the issuance of subpoenas, whether for service within or outside of the District of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

Dated: October 16, 2026
Nunc Pro Tunc: October 14, 2026

_________________________
Cristina D. Silva
United States District Judge